IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MUHAMMAD SAJID, | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| MOHAMMAD IJAZ AND SHAISTA IJAZ, | NO. 18-1899 |
| Defendants. | |

## O R D E R

**AND NOW**, this 9th day of August, 2019, upon consideration of Plaintiff's Proposed Findings of Fact and Conclusions of Law (ECF No. 30), Defendants' Response (ECF No. 33), and Plaintiff's Reply (ECF No. 34), and following a bench trial, **IT IS ORDERED** that:

1. Judgment be entered in favor of Plaintiff Muhammad Sajid, and against Defendant Mohammad Ijaz, in the amount of $56,000 for compensatory damages for common law fraud;

2. Judgment be entered in favor of Plaintiff Muhammad Sajid, and against Defendant Mohammad Ijaz, in the amount of $50,000 for punitive damages for common law fraud;

3. Judgment be entered in favor of Plaintiff Muhammad Sajid, and against Defendant Mohammad Ijaz, for common law breach of contract.

4. Judgment be entered in favor of Defendant Mohammad Ijaz and against Plaintiff Muhammad Sajid for common law unjust enrichment, violations of the Fair Labor Standards Act, 29 U.S.C. § 201, and violations of the Pennsylvania Wage Payment and Collection Law, 43 Pa. C.S.A. § 260.9a(b).

5. Judgment be entered in favor of Defendant Shaista Ijaz and against Plaintiff Muhammad Sajid on all counts.

The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**